UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERTA REARDON,<br>in both her individual and<br>official capacities,<br><br>*Defendant.* | Docket No. 1:19-CV-10656-ADB |

# **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff Jonathan Mullane (hereinafter, "Plaintiff") hereby voluntarily dismisses the instant action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

_____
JONATHAN MULLANE,
Plaintiff (*pro se*)
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

DATED: August 14, 2019

*[Stamp: FILED IN CLERKS OFFICE 2019 AUG 16 PM 12:08 U.S. DISTRICT COURT DISTRICT OF MASS.]*

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify that on August 14, 2019 I served a true copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE via electronic correspondence and first class mail, postage prepaid, to Defendant as specified below:

Dawn Foshee, Esq.
Attorney General's Office
Labor Bureau, 15th Floor
28 Liberty Street
New York, NY 10005
Tel. (212) 416-6150
dawn.foshee@ag.ny.gov

_____
JONATHAN MULLANE,
Plaintiff (*pro se*)
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com